POTTER v. HOMESTEAD PRESERVATION ASSN.

No. 146A90

Case below: 97 N.C.App. 454

Petition by defendants for temporary stay allowed 10 April 1990 on condition bond remain in full force and effect.

ROY BURT ENTERPRISES v. MARSH

No. 561PA89

Case below: 96 N.C.App. 275

Petition by defendant (Waymond Marsh) for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.

SEGREST v. GILLETTE

No. 49PA90

Case below: 96 N.C.App. 435

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990. Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.

STATE v. DAVIS

No. 83A90

Case below: 97 N.C.App. 259

Petition by defendant for writ of supersedeas allowed 5 April 1990 conditioned upon the $15,000 secured bond remaining in full force and effect. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 5 April 1990.

STATE v. FOLAND

No. 62PA90

Case below: 97 N.C.App. 309

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question denied 5 April 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.